

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-21-00051-CV

**IN THE INTEREST OF A.B., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02855
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Department's brief was due on May 17, 2021. *See* TEX. R. APP. P. 38.6(b). After the due date, the Department filed a first motion for a ten-day extension of time to file its brief.

The motion is GRANTED. The Department's brief is due on May 27, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2021.



_____
Michael A. Cruz,
Clerk of Court